## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Bankruptcy Case No. 12-12020 (MG)<br>Chapter 11<br><br>Jointly Administered |
| ROWENA DRENNEN, individually and as the representatives of the *KESSLER* SETTLEMENT CLASS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, *et al*.,<br><br>Defendants. | **RELATED CASE**<br>District Court<br>Case No. 1:15-cv-02712 (JPO)<br><br>Adversary Case No. 15-01025 (DSJ) |

### PLAINTIFFS' NOTICE OF MOTION AND MOTION TO WITHDRAW THE REFERENCE OF THIS ACTION FROM THE BANKRUPTCY COURT

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PLEASE TAKE NOTICE that Plaintiffs Rowena Drennen, Flora Gaskin, Roger and Christie Turner, John and Rebecca Picard, individually, and as the representatives of the Kessler Settlement Class; Steven and Ruth Mitchell, individually, and as representatives of the Mitchell Settlement Class; and the ResCap Liquidating Trust, as successor to Residential Funding Company, LLC, (collectively "Plaintiffs") respectfully request that this Honorable Court enter an order withdrawing the reference of this action from the Bankruptcy Court, pursuant to 28 U.S.C. § 157(d), Fed. R. Bankr. P. 5011(a), and Local Bankruptcy Rule 5011-1. In support of this Motion, Plaintiffs rely upon the arguments and authorities presented in their accompanying Memorandum of Law, and the supporting declaration and exhibits thereto, which are incorporated as if set forth herein.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court withdraw the reference of this action from the Bankruptcy Court pursuant to 28 U.S.C. § 157(d), Fed. R. Bankr. P. 5011(a), and Local Bankruptcy Rule 5011-1, and grant such other and further relief as is equitable and just.

Dated:  April 18, 2023

**By:** */s/ R. Frederick Walters*
**WALTERS RENWICK RICHARDS SKEENS & VAUGHAN, P.C.**
R. Frederick Walters, Esq.
Karen W. Renwick, Esq.
David M. Skeens, Esq.
Michael B. Sichter, Esq.
1100 Main, Suite 2500
Kansas City, Missouri  64105
(816) 421-6620 (Telephone)
(816) 421-4747 (Facsimile)
fwalters@wrrsvlaw.com
krenwick@wrrsvlaw.com
dskeens@wrrsvlaw.com
msichter@wrrsvlaw.com
*Counsel for the Kessler Class*
*Counsel for the Mitchell Class*

**CARLSON BROWN**
R. Bruce Carlson
222 Broad St.
PO Box 242
Sewickley, PA 15143
(724) 730-1753
bcarlson@carlsonbrownlaw.com
*Counsel for the Kessler Class*

**LYNCH CARPENTER, LLP**
Gary F. Lynch
Edwin J. Kilpela
Kelly K. Iverson
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243 F: (412) 231-0246
gary@lcllp.com
ekilpela@lcllp.com
kelly@lcllp.com
*Counsel for the Kessler Class*

**By:** *Selena J. Linde*
**PERKINS COIE, LLP**
Selena J. Linde, Esq.
Vivek Chopra, Esq.
Karin S. Aldama, Esq.
Alexis Danneman, Esq.
Janet M. Howe, Esq.
700 13th St. NW, Suite 600
Washington, DC 20005
Telephone (202) 654-6200
Facsimile (202) 654-9952
SLinde@perkinscoie.com
VChopra@perkinscoie.com
KAldama@perkinscoie.com
ADanneman@perkinscoie.com
JHowe@perkinscoie.com
*Counsel for the ResCap Liquidating Trust*

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed this document electronically with the United States District Court for the Southern District of New York with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this: **18th day of April 2023.**

                **By:** */s/ R. Frederick Walters*
                      **WALTERS RENWICK RICHARDS SKEENS & VAUGHAN, P.C**