

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**

800 Third Avenue
Floor 13th
New York, Ny 10022

212-471-6218
212-935-1166 (fax)
**www.hinshawlaw.com**

J. Gregory Lahr
glahr@hinshawlaw.com

January 5, 2024

<u>**VIA ECF**</u>

The Honorable J. Paul Oetken
United States District Court
40 Foley Square, Room 2101
New York, New York 10007

    Re:    Rowena Drennen et al. v. Certain Underwriters at Lloyd's of London et al.
                Case No. 23-cv-03385-JPO

Dear Judge Oetken:

We represent Defendants Underwriting Members at Lloyd's, London and Companies Severally Subscribed to Policy Nos. FD0001142 and FD0001144, and write on behalf of all Defendant Insurers in response to the letter of January 3, 2024, submitted by the ResCap Liquidating Trust.

Defendants are amenable to having a conference with the Court. We also respectfully request the opportunity to present oral argument on the Objections pending before the Court.

Respectfully submitted,

*/s/ J. Gregory Lahr*

J. Gregory Lahr


cc:    All Counsel (via ECF)