UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROWENA DRENNEN, *et al.*,
                       Plaintiffs,

-v-

CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON, *et al.*,
                       Defendants.

23-CV-3385 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The jury trial in this case is hereby scheduled to begin on January 27, 2025, for an anticipated duration of four weeks. The Court may schedule oral argument on specific issues in the coming months. Deadlines for pre-trial filings will be scheduled at a later conference.

    The Clerk of Court is directed to close the motion at ECF Number 188.

    SO ORDERED.

Dated: April 4, 2024
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge