UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――
ROWENA DRENNEN, *et al.*,
                                    Plaintiffs,

-v-

CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON, *et al.*,
                                    Defendants.
―――――――――――――――――――――――――――

23-CV-3385 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Counsel for the parties are directed to appear for a telephone conference on April 17, 2024 at 3:30 p.m. ET to discuss the scheduling and format of oral argument. At that time, Counsel should call (888) 557-8511 and enter access code 9300838.

    SO ORDERED.

Dated: April 8, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge