UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROWENA DRENNEN, *et al.*,
                Plaintiffs,

-v-

CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON, *et al.*,
                Defendants.

23-CV-3385 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The telephone conference scheduled for April 17, 2024 at 3:30 p.m. ET is adjourned. In light of the previous extensive oral argument before Judge Lane and Judge Jones, as well as the comprehensive and voluminous briefing as summarized in Plaintiffs' recent letter, the Court has determined that oral argument is not necessary at this time. Should the Court determine otherwise, it may schedule oral argument on specific issues in the coming months.

      SO ORDERED.

Dated: April 16, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge