UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROWENA DRENNEN individually and as the representatives of the KESSLER SETTLEMENT CLASS, et al.,

                Plaintiffs,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, et al.,

                Defendants.

No. 23-CV-03385 (JPO)

**ORDER**

---

    The Court hereby takes up the letter motion (ECF No. 204) filed by the Kessler Settlement Class and the Mitchell Settlement Class (collectively the "Class Plaintiffs) requesting leave to substitute Dr. William Rogers for their currently designated expert Dr. Kurt Krueger.

    For good cause shown, the Class Plaintiffs' motion is GRANTED.

    IT IS HEREBY ORDERED that Dr. William Rogers is substituted in place of Dr. Kurt Krueger.

Dated: April 29, 2024

                                                J. PAUL OETKEN
                                                United States District Judge