PERKINS COIE

700 13th Street, NW
Suite 600
Washington, D.C. 20005-3960

T +1.202.654.6200
F +1.202.654.6211
PerkinsCoie.com

Vivek Chopra
VChopra@perkinscoie.com
D. +1.202.654.6257
F. +1.202.654.9960

June 20, 2024

**Via Electronic Filing (ECF)**
The Honorable J. Paul Oetken
United States District Court
40 Foley Square, Room 2101
New York, NY 10007

**Re:** *Rowena Drennen, et al., and ResCap Liquidating Trust v. Certain Underwriters at Lloyd's, London, et al.*; Case No. 23-cv-03385-JPO

Dear Judge Oetken:

We represent the ResCap Liquidating Trust (the "Trust"), and we respectfully submit this letter motion requesting a telephonic status conference be scheduled for the week of June 24, 2024.

On April 04, 2024, the Court rescheduled the jury trial in the above-referenced matter to begin on January 27, 2025 and informed the parties that "pre-trial filings will be scheduled at a later conference." ECF 200. In part, the trial was rescheduled to allow additional time for the Court to resolve the parties' various objections to the bankruptcy court's report and recommendation, which were filed and fully briefed in July 2023.

In the interest of preserving the January 27, 2025 trial date and allowing parties sufficient time for an orderly preparation of all necessary pre-trial filings, the Trust respectfully requests a status conference to discuss (1) expected timing of rulings on the parties' objections; and (2) a potential schedule for pre-trial deadlines.

We greatly appreciate the Court's consideration of this request.

Should the Court require any additional information or a proposed order to effectuate this request, please do not hesitate to contact the undersigned.

Sincerely,

Vivek Chopra